UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JUSTIN MIANTI,  )
  )
                         Plaintiff,  )  **ORDER**
  )  **CIVIL ACTION No. :**
-against-  )  **23-CV-1931(PMH)**
  )
OFFICER JACOB SCHNECK et al,  )
  )
  )
  )
                        Defendants.  )
  )
  )
  )
  )
  )
  )

**IT IS HEREBY ORDERED**, that Plaintiff Justin Mianti, have leave of this Court to appear virtually at the Settlement Conference scheduled before Honorable Victoria Reznik, U.S. Magistrate Judge on September 19, 2024 at 02:30 pm; and

  **IT IS ORDERED THAT** the Warden or other officials in charge of MIDSTATE CORRECTIONAL FACILITY, 9005 OLD RIVER RD, MARCY, NEW YORK, , produce Plaintiff Justin Mianti (DIN#23 B0484) on September 19, 2024 at 2:30 pm at a suitable location within the Midstate Correctional Facility for purpose of participating in the Court ordered virtual settlement conference.

                                                            SO ORDERED

                                                            *[signature]*

Dated:   09-06-2024                                                       HON. VICTORIA REZNIK